**FILED**

# United States District Court
### Eastern District of North Carolina
### Western Division

MAY 1 4 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. _____

(To be filled out by Clerk's Office only)

Larone F. Elijah

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 70214-056

**COMPLAINT**

-against-

*(Pro Se* Prisoner)

United States of America, et al

C. Malone, (SIS) Butner II

Teagan (SIS LT) Butner II

Michael D. Frazier, Mid-Atlantic Reg. Counsel, FMC Legal Center

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Jury Demand?

☒ es

☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Larone F. Elijah

Name

70214-056

Prisoner ID #

FCI Williamsburg

Place of Detention

P.O. Box 340

Institutional Address

Salters                          SC                          29550

City                          State                          Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: United States of America
Name

U.S. Attorney office
Current Job Title

150 Fayetteville st ste # 2100
Current Work Address

Raleigh          NC          27601
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2: C. Malone
Name

(SIS) officer, investigations
Current Job Title

FCI Butner II
Current Work Address

Butner          NC          27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Case 5:20-ct-03173-BO     Document 1     Filed 05/14/20     Page 3 of 11

**Defendant(s) Continued**

Defendant 3: ___Teagan (las name may be spelled incorrectly.___
Name

___(SIS LT), investigations___
Current Job Title

___FCI Butner II___
Current Work Address

___Butner___ ___NC___ ___27509___
City       State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: ___Michael D. Frazier___
Name

___Mid-Atlantic Regional Counsel___
Current Job Title

___FMC Butner Legal Center___
Current Work Address

___Butner___ ___NC___ ___27509___
City       State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Butner II / FMC Legal Center

Date(s) of occurrence: 10 | 24 | 2018 / 2 | 13 | 2020 / 10 / 18 / 2018

State which of your federal constitutional or federal statutory rights have been violated: See page (7 (A)) OF (10)

1st, 5th, 8th & 14th (Bivens)

Negligence (FTCA)

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

C. Malone, SIS office, Butner II wrote me an incident report for prohibited Act (111) that alledgely occoured on 8/17/2018 without any physical evidence of ME introducing drugs into the institution. The office wrote the incident report for (conspiracy) to introduce drugs into the institution. Conspiracy is not a B.O.P prohibited Act with in the program statement. This act of writing the incident report violated my 1st, 5th, 8th, & 14th Amendment rights due to my procedural & Substantive Due Process is violated as well as office C. Malone violated my 8th Amendment rights by his actions were "delibetly indifferent" to rights to be free from cruel & Unusual punishment. As well under FTCA C. Malone was negligent for writing a (111) incident report for "conspracy" to introduce drugs to the institution

when no such prohibited Act exist with Conspiracy. (SIS) LT. Teagen, C. Malone's SIS, Supervisory failed to train & properly Supervise C. Malone in his Act of writing the incident report for Conspiracy for Introducing drugs into the institution. His failure violated my 1st, 5th, 8th, & 14th Amendment as to my procedural & Substantive Due Process & 8th Amendments "deliberate indifference right" to be free from cruel and Unusual punishment. As well under FTCA Teagan (SIS) LT was negligent for failing to review & stop the incident report from being served on 10/24/2018 and approved C. Malone's actions in it Service!

**What happened to you?**

On October 5th, 2018, I was placed in SHU on SIS investigation. My fiance J.S. was removed from my visitation list without any Sanction until 2099 by (SIS), C. Malone and (SIS)(LT) Teagan in Violation of my 5th, 8th & 14th Amendment rights to procedural & substantive due process and the 8th Amendment Rights to be free from "cruel & unusual punishments, by being "delibertly indifferent" As well under FTCA, both C. Malone (SIS) and (SIS)(LT) Teagan were

**When did it happen to you?**

negligent in the Act of removing her from the list without Sanction. After a hearing with a disciplinary hearing officer (DHO) on November 15th, 2018, the incident report was expunged. Despite the expungement, BOP (SIS) staff decided to keep my fiances visitation Suspended until 2099 and Administratively transfer me

**Where did it happen to you?**

Case 5:20-ct-03173-BO    Document 1    Filed 05/14/20    Page 6 of 11

**What was your injury?**

farther away from home & left the "stigmatizing investigation report" In my central file. Regional Counsel for Mid-Atlantic region Michael D. Frazier, ****** negligently attempted to "Aid and Abet FCI Butner II staff in covering up their negligent, deliberate, fraudulent acts of conduct against Me. He attempted to state I filed another Tort claim filed 1/13/2020 number [TRT-MXR-2020-02379] with a different negligent act date [12/25/2017] that would make my claim outside the statute of limitation for FTCA, when I filed a re-consideration to clear the confusion as to which FTCA Tort I actually filed. I Submitted Certified Mail, he filed regular mail and then negligently moved forward with the tort claim, I did not file. His negligence in Acts were an attempt to cover FCI Butner II staff. My correct & original & only filed FTCA Tort is 12/18/2019, number [TRT-MXR-2020-01942] date of Act by FCI Butner II staff is [10-24-2018]. Michael D. Frazier, C. Malone, (SIS) Butner II, TEAGAN, (SIS)(LT) Butner II and Mid-Atlantic Regional Counsel FMC Legal Center under FTCA are employee of the United States as employees and under FTCA, these are all non-discretionary Acts.

* Injury - denial of Access to Court, negligent Act Michael D. Frazier & loss of Consortium, stress, anxiety, depression, weight gain, high blood pressure, significant Atypical Hardship due to sever of family ties & personal communication to my fiance. I ask for relief *

# First Amendment Claim Retaliation
## (SIS) C. Malone

**What was your injury?**

On 10-5-2018 at 8:00 am I was placed on administrative detention per invest-igation by (SIS) LT. Teagen, C. Malone at FCI Butner II. Then on 10-18-2018, while on my way to REC, I was told someone was here to see me. I went and it was C. Malone, and I asked him why I was placed on Admin. detention, he express to me that I knew why! I stated if I knew why I wouldn't be asking you. He stated that I smuggled Drugs into the institution and I said when did this happen? He said two months ago through visit and I stated that it was lie and who. told him that, He got quiet and asked if I had any information I wanted to supply against anyone and that I could talk myself out of trouble. I advised him that I wasn't in any trouble and to take me back to my cell and advised him not to call me any--more. Six days later I was given a Fraudulent INCIDENT report written by (SIS)C. Malone saying that I introduced drugs a prohibited act (III) by "conspiracy" into the institution through visitation at FCI Butner II on 8-17-2018! All done in retaliation of my refusal to cooperate. My fiancé was suspended from visitation til 2099 and I remain in SHU til Admin. transfer in violation of my 1st Amend. rights! On 10-24-2018 A fraudulent incident was wrote By (SIS) C. Malone. SEE Relief below ON page (7) of 10.

Case 5:20-ct-03173-BO   Document 1   Filed 05/14/20   Page 8 of 21

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Compensory damages, $ 2,000,000 (Bivens Actions)(All defs)
FTCA two claims ($ 500,000) each, C, Malone, Teagan
(Negligence) ($ 500,000) each, Michael D. Frazie

Place fiance back on Visitation & remove (SIS)
investigation report from Central BOP file.

Case 5:20-ct-03173-BO    Document 1    Filed 05/14/20    Page 9 of 11

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?　　　　　☐ Yes　☑ No

　　　If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N|A

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

5-8-20

Dated

Plaintiff's Signature

Laone F Elijah

Printed Name

# 70214-056

Prison Identification #

FCI Williamsburg, P.O. Box 340, Salters      SC      29590
Prison Address                    City              State    Zip Code